IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHNNY L. CHAPPELL,

    Plaintiff,

v.

WELLSTAR KENNESTONE HOSPITAL,

    Defendants.

CIVIL ACTION NO.
1:07-CV-3090-JEC

FILED IN CHAMBERS
U.S.D.C. Atlanta
FEB 20 2008
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

### ORDER

The above entitled action is presently before the Court on plaintiff's Motion to Dismiss [7]. No Objections have been filed to this motion.

ACCORDINGLY, IT IS HEREBY ORDERED that plaintiff's Motion to Dismiss [7] is **GRANTED**. The Clerk is directed to terminate this action.

SO ORDERED, this 20 day of FEBRUARY, 2008.

_____
JULIE E. CARNES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)